42 A.3d 886

IN THE MATTER OF STUART W. JAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 022531987).

May 24, 2012.

**ORDER**

The matter having been duly presented to the Court by the Disciplinary Review Board pursuant to *Rule* 1:20–10(b), on the granting of a motion for discipline by consent (DRB 11–424) of **STUART W. JAY** of **WOODBURY,** who was admitted to the bar of this State in 1987;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 5.5(a)(1) (practicing law while ineligible);

And the parties having agreed that respondent's conduct violated *RPC* 5.5(a)(1), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violation and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20-16(e);

And good cause appearing;

It is ORDERED that **STUART W. JAY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.